```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 07552
    LEROY CLARK JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-1276

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/03/2005 and was confirmed 04/14/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 07/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED NOT I   NOT FILED              .00            .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER    3801.67           343.09        3801.67
SELECT PORTFOLIO SERVICI  CURRENT MORTG   27907.21              .00       27907.21
SELECT PORTFOLIO          NOTICE ONLY     NOT FILED              .00            .00
SELECT PORTFOLIO SERVICI  NOTICE ONLY     NOT FILED              .00            .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE   15000.00              .00       15000.00
ASPIRE                    UNSEC W/INTER   NOT FILED              .00            .00
LEDFORD & WU              DEBTOR ATTY      2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                          2,671.56
DEBTOR REFUND             REFUND                                             878.71

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 52,802.24

PRIORITY                                              .00
SECURED                                         42,907.21
UNSECURED                                        3,801.67
    INTEREST                                       343.09
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                             2,671.56
DEBTOR REFUND                                      878.71
                        ---------------       ---------------
TOTALS                  52,802.24                52,802.24



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 07552 LEROY CLARK JR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/25/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 07552 LEROY CLARK JR